UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:                                  Case No. 20-32107-JDA

Calvin J. Ferrell,                     Chapter 13

            Debtor.                  Judge Joel D. Applebaum
_____/

# WITHDRAWAL OF DOCUMENT #43 NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE

The Notice of Appearance and Request for Service of Notice filed as PACER Document #43 on June 23, 2020, is hereby withdrawn as it was filed in error.

                                        Respectfully submitted,

                                        DANA NESSEL
                                        Attorney General

                                        /s/ *Katherine C. Kerwin*
                                        Katherine C. Kerwin (P73070)
                                        Assistant Attorney General
                                        Cadillac Place Building
                                        3030 W. Grand Blvd., Ste. 10-200
                                        Detroit, MI 48202
                                        Telephone: (313) 456-0140
                                        E-mail: kerwink@michgan.gov

Dated: June 23, 2021

1