# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - FLINT

IN THE MATTER OF:
    **CALVIN FERRELL**

    Debtor
_____/

CASE NO: 20-32107
CHAPTER: 13
JUDGE: APPLEBAUM

## ORDER VOLUNTARILY DISMISSING CHAPTER 13 PETITION

Upon the motion of a party in interest, and pursuant to 11 U.S.C. Section 1307,

**IT IS HEREBY ORDERED:**

1. That this case is dismissed, but the Court retains jurisdiction to receive and pass upon the final report of the Trustee and to make such further distribution orders with respect to fees, costs, other distribution and the discharge of the Trustee as may be necessary or proper; and

2. That the Clerk serve notice of the dismissal upon the debtor(s), the attorney for the debtor(s), and any party who was subject to an order to fund the Chapter 13 Plan, by regular mail forthwith; and

3. That the Clerk serve notice of the dismissal of this case upon all creditors who have filed proofs of claim in this case; and

4. Trustee shall holdover any funds on hand for a period of 30 days to allow for debtor counsel's fee application, and

4. That the order previously entered, requiring the debtor(s) or another to pay over funds to the Trustee, be and it is hereby vacated; and that said persons shall no longer be required to make such payments and are hereby released from further liability with respect thereto.

**Signed on August 3, 2021**

/s/ Joel D. Applebaum
**Joel D. Applebaum**
**United States Bankruptcy Judge**